# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Barry Joseph Sallinger
Attorney At Law
P. O. Box 2433
Lafayette LA 70502

**REHEARING ACTION: May 15, 2013**

**Docket Number: 12   01265-JAC**

**STATE IN THE INTEREST OF C. C. M.**

**Appealed from Lafayette Parish Case No. JC 20120437**

**<u>BEFORE JUDGES</u>:**

    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **C. C. M.** has this day been

    **DENIED.**

cc: Michelle Breaux, Counsel for the Appellee
    Stephen Alexander Quidd, Counsel for the Appellant